IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 01 2008

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 08-cv-00357-BNB

BARRY SHAWN CASCADEN,

    Plaintiff,

v.

B.V.C.C. WARDEN GEORGE W. DUNBAR, et al.,
C/O LAGUE,
KIRK KATZMEYER,
LT. PETER ANDERSON,
LT. MCCORMAC,
CAPTAIN ROBINSON,
LT. TANNER,
LT. COLEMAN,
SGT. ROMACK,
SGT. JEFF CAMP, and
C/O CRAIG,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Barry Shawn Cascalen, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Buena Vista, Colorado, correctional facility. He submitted *pro se* a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 (2006) and a complaint for money damages and injunctive relief pursuant to 42 U.S.C. §§ 1983, 1985, and 1986 (2003), and 28 U.S.C. § 1343 (1993), alleging that his rights under the United States Constitution have been violated.

On April 17, 2008, Mr. Cascaden submitted a motion asking to dismiss the instant action without prejudice. The Court must construe liberally the April 17 motion because Mr. Cascaden submitted the motion on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the April 17 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion that Plaintiff, Barry Shawn Cascaden, submitted to and filed with the Court on April 17, 2008, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of April 17, 2008, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice. It is

FURTHER ORDERED that the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 30 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00357-BNB

Barry Shawn Cascaden
Reg. No. 56445
Buena Vista Correctional Complex
PO Box 2017
Buena Vista, CO 81221

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/1/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk